No. 02–7680.  LANGFORD v. BLACKBURN, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–7682.  KELBEL v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 02–7683.  KEPLER v. HICKMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–7685.  DIXON v. WATKINS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–7691.  VELARDE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–7693.  BALDWIN v. RIVER FOREST BANK.  C. A. 7th Cir.  Certiorari denied.

No. 02–7700.  BROWN v. LEWIS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–7704.  BROWN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 02–7712.  BROOKS v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 02–7714.  WRIGHT, AKA WRIGHT-BEY v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 02–7716.  GARCIA v. GIURBINO, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–7717.  HANCOCK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–7719.  HERRERA-JAIMES v. UNITED STATES; and VASQUEZ-LOPEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 48 Fed. Appx. 106 (first judgment) and 107 (second judgment).

No. 02–7720.  TWILLEY v. CITY OF BESSEMER, ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.